UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RUBEN REYNA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-205 |
| | § | |
| HOME DEPOT U.S.A., INC.; dba THE | § | |
| HOME DEPOT #6584, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING DEFENDANT HOME DEPOT U.S.A., INC.'S MOTION TO STRIKE PLAINTIFF'S EXPERT DISCLOSURES, AND BRIEF IN SUPPORT THEREOF

On February 27, 2014, came on to be considered Defendant Home Depot U.S.A., Inc.'s Motion to Strike Plaintiff's Expert Disclosures, and Brief in Support Thereof (D.E. 11), and the evidence offered in support thereof. Upon consideration of same, the Court is of the opinion that the Defendant's motion is well-founded and that it should be GRANTED.

Additionally, the motion was filed on February 10, 2014, and its submission date was accelerated with the response being due on February 17, 2014 (D.E. 13). Plaintiff has not filed a response to the motion. Pursuant to Local Rule 7.4, failure to respond is taken as a representation of no opposition to the relief sought.

It is ORDERED that Defendant Home Depot U.S.A., Inc.'s Motion to Strike Plaintiff's Expert Disclosures is GRANTED, and Plaintiff's designation of experts is hereby stricken, and all of the experts listed on Plaintiff's Expert Disclosures are excluded from testifying at trial.

ORDERED this 27th day of February, 2014.

                                                                          _____
                                                                          NELVA GONZALES RAMOS
                                                                          UNITED STATES DISTRICT JUDGE