UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RUBEN REYNA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-205 |
| | § | |
| HOME DEPOT U.S.A., INC.; dba THE | § | |
| HOME DEPOT #6584, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT HOME DEPOT U.S.A., INC.'S
FIRST MOTION TO COMPEL DISCOVERY RESPONSES
AND DENYING MOTION FOR SANCTIONS**

On February 27, 2014, the Court considered Defendant Home Depot U.S.A., Inc.'s First Motion to Compel Discovery Responses and For Sanctions (D.E. 12), and the evidence offered in support thereof. Upon consideration of same, the Court is of the opinion that the Defendant's motion is well-founded and that is should be GRANTED.

Additionally, the motion was filed on February 10, 2014, and its submission date was accelerated with the response being due on February 17, 2014 (D.E. 13). Plaintiff has not filed a response to the motion. Pursuant to Local Rule 7.4, failure to respond is taken as a representation of no opposition to the relief sought.

It is ORDERED that:

(1) Plaintiff's Objections to Interrogatory Nos. 6, 8, and 12 contained in Home Depot U.S.A., Inc.'s First Set of Interrogatories and Request Nos. 1 and 4 contained in Home Depot U.S.A., Inc.'s First Request for Production are OVERRULED.

(2)   Plaintiff is ORDERED to produce responsive documents to Requests Nos. 1, 4, 5, 6, 12, and 15 contained within Home Depot U.S.A., Inc.'s First Request for Production within seven (7) calendar days after the date of this Order.

(3)   Plaintiff is ORDERED to provide full and complete answers to Interrogatory Nos. 3, 4, 5, 6, 8, 10, 12, and 17 contained in Home Depot U.S.A., Inc.'s First Set of Interrogatories within seven (7) calendar days after the date of this Order.

(4)   Defendant's Motion for Sanctions is DENIED.

ORDERED this 27th day of February, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE