UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RUBEN REYNA, | § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-205 |
| | § § | |
| HOME DEPOT U.S.A., INC., *et al*, | § § | |
| Defendants. | § | |

## **ORDER**

On May 14, 2014, the Court held a status conference.  Plaintiff Ruben Reyna failed to appear at the status conference.  Defendant moved to dismiss this action for failure to prosecute.

The Court ORDERS this action to be DISMISSED with prejudice for failure to prosecute.

ORDERED this 14th day of May, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE