UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RUBEN REYNA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-205 |
| | § | |
| HOME DEPOT U.S.A., INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

On May 14, 2014, the Court dismissed this action pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. The Court now enters final judgment. This matter is DISMISSED WITH PREJUDICE. This is a final judgment.

ORDERED this 14th day of May, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE